IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>VS<br><br>DION HARRISON<br><br>    Defendant(s) | CR. NO. 05-20054-Ml |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a a Report Date on Friday, April 22, 2005 at 9:0 a.m. Counsel for the defendant did not appear.

The Court continued the matter upon its own motion to **Friday, May 27, 2005 at 9:00 a.m.** with a trial date of Monday, June 6, 2005.

The period from April 22, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the ends of justice outweigh the need for a speedy trial.

IT IS SO ORDERED this the 26 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20054 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT