FILED BY _____ D.C.

05 OCT 25 AM 10:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY _____

2005 OCT 24 PM 3:33

CLERK U.S. _____ COURT
W/D _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | }<br>}<br>} |
| vs. | }  Docket No.: 2:05cr20054-M/P<br>}<br>}  MOTION GRANTED |
| DION HARRISON<br>Defendants. | }<br>}<br>} |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Oct. 24, 2005
DATE

## MOTION TO BE PERMITTED TO WAIVE
## PERSONAL APPEARANCE AT REPORT

**COMES NOW** the defendant **DION HARRISON**, by and through undersigned counsel, and respectfully requests this Honorable Court to permit him to waive personal appearance at the report in the above cause, scheduled for Wednesday, November 23, 2005, at 2:00pm. In support whereof, defendant states unto the Court that:

1. Defendant has been declared to be an indigent by this Court.

2. Defendant lives in Marion, Arkansas, and on the report dates scheduled before this Court for this one-day appearance would be onerous since there cannot be a resolution at this time. His presence at his place of employment is essential. The Defendant's absence could cause him to be terminated, creating a financial burden on his family. Undersigned counsel anticipates that at the report additional time will be requested.

3. Defense counsel expects to receive Defendant's Waiver of Appearance soon and it



will be filed at a later date.

4. Counsel for defendant has attempted to confer with Assistant United States Attorney Discenza, but has been unable to contact him with regards to the waiver of appearance for this report.

**WHEREFORE**, Defendant Dion Harrison respectfully moves this Honorable Court to permit him to waive his personal appearance at report before this court, set for Monday, October 31, 2005.

Respectfully Submitted,

DEWUN R. SETTLE

Dewun R. Settle #15258
Attorney for Defendant
100 N. Main, Suite 3001
Memphis, Tennessee 38103
901-522-8900

## CERTIFICATE OF SERVICE

I, Dewun R. Settle, certify that I have this date delivered a true copy of the foregoing to Mr. Stephen C. Parker, Assistant United States Attorney, Clifford Davis Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee 38103.

THIS the _____ day of October, 2005.

Dewun R. Settle
Attorney at Defendant

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:05-CR-20054 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT